PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DEBORAH CHERNICK, | ) Case No.: 1:19-cv-00160-JDP |
| Plaintiff, | ) **UNOPPOSED MOTION FOR** |
| vs. | ) **DEFENDANT TO FILE PROOF OF** |
| | ) **SERVICE OF A LATE RESPONSE TO** |
| ANDREW SAUL, | ) **PLAINTIFF'S CONFIDENTIAL LETTER** |
| Commissioner of Social Security, | ) **BRIEF; STIPULATION FOR NEW** |
| | ) **BRIEFING SCHEDULE; AND** |
| Defendant.[1] | ) **ORDER** |

Defendant moves to file proof of service of a late response to Plaintiff's confidential letter brief that was due yesterday, September 2, 2019. On September 3, 2019, counsel for Defendant realized she had inadvertently miscalendered the briefing schedule for this case and reached out to Plaintiff's counsel, who does not object to Defendant filing proof of service of a late response to his client's confidential letter brief. In the interest of saving time, Defendant filed proof of service of Defendant's late response to Plaintiff's letter brief concurrent with this unopposed motion. This

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

request is made in good faith with no intention to delay unduly the proceedings. Counsel for Defendant apologies for her calendaring error.

    Counsel for the parties met and conferred about a new briefing schedule that is consistent with the court's Scheduling Order dated February 15, 2019. *See* Dkt. No. 4. IT IS HEREBY STIPULATED, by and between the parties, by and through their respective counsel of record, that, with the Court's approval, Plaintiff shall have an extension of time to file and serve her Opening brief. The new date will be October 11, 2019. Defendant shall have until November 11, 2019 to file his responsive brief. Plaintiff shall have until November 26, 2019 to file her reply.

Respectfully submitted,

Dated: September 3, 2019

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S, Wyeth McAdam*
    S. WYETH MCADAM
    Special Assistant United States Attorney
    Attorneys for Defendant

  */s/ Matthew Franklin Holmberg\**
MATTHEW FRANKLIN HOLMBERG
LAW OFFICES OF LAWRENCE D. ROHLFING
Attorneys for Plaintiff
(*As authorized via e-mail on September 3, 2019

**ORDER**

The parties' stipulation is accepted. Plaintiff shall have until October 11, 2019, to file an opening brief. Defendant shall have until November 11, 2019, to file a response brief. Plaintiff shall have until November 26, 2019 to file a reply.

IT IS SO ORDERED.

Dated:   October 9, 2019                      /s/ Jeremy Peterson
                                                                              UNITED STATES MAGISTRATE JUDGE

No. 205