UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CHERNICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00160-JDP<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION<br><br>ECF No. 16 |

Defendant's request for an extension of time, ECF No. 16, is granted. Defendant shall have until close of business on Monday, January 13, 2020, to file a response to plaintiff's opening brief. Plaintiff shall have until January 28, 2020, to file a reply. I do not anticipate granting further extensions on this matter.

IT IS SO ORDERED.

Dated: 　November 12, 2019　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.