UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CHERNICK,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:19-cv-00160-JDP<br><br>ORDER CONTINUING ORAL ARGUMENT UNTIL MAY 7, 2020, AT 2:00 P.M.<br><br>ECF No. 21 |

Pursuant to the stipulation and joint request of the parties, ECF No. 21, telephonic oral argument is reset for May 7, 2020, at 2:00 P.M.

IT IS SO ORDERED.

Dated: March 25, 2020 

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.

1