UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH CHERNICK,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

Case No.  1:19-cv-00160-JDP (SS)

ORDER FOR THE AWARD OF PAYMENT
FOR ATTORNEY FEES AS STIPULATED

ECF No. 26

The parties' stipulation for the award of payment for attorney fees, ECF No. 26, is approved and so ordered.

IT IS SO ORDERED.

Dated:   __March 26, 2021__

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE